Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ROSE NOVICK, Respondent, for Compensation to Herself under the Workmen's Compensation Law, for the Death of ISIDORE NOVICK, v. GIMBEL BROTHERS and MARYLAND CASUALTY COMPANY, Appellants.— Award affirmed. All concur, except Kiley and Van Kirk, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of PROKOPY KOSTUCHIK, Appellant, under the Workmen's Compensation Law, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Employer, Respondent.— Decision unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ALMONT WM. MURPHY, Respondent, under the Workmen's Compensation Law, v. ALLIANCE PRINTING CORPORATION, Employer, and ROYAL INDEMNITY COMPANY, Insurer, Appellants.— Award unanimously affirmed on the authority of *Boyle* v. *Cheney Piano Action Co.* (193 App. Div. 408) and *Noreen* v. *Vogel & Bros., Inc.* (231 N. Y. 317).

In the Matter of the Application to Remove MICHAEL E. McTYGUE, as Judge of the City Court of the City of Saratoga Springs, N. Y., and to Disbar Him from the Practice of Law.— Application dismissed. Woodward, J., dissenting on the ground that the record discloses facts which not only justify but require an investigation.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LORETTA GUILIANA, Respondent, for Compensation under the Workmen's Compensation Law, v. MAX CHASIN and MAX COHEN, Employer, and ROYAL INDEMNITY COMPANY, Insurer, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of BERTHA SCHOLTZHAUER, Dependent Mother, and Dependent Sisters, Respondents, on Account of the Death of IRMA DALE SCHOLTZHAUER, Deceased, for Compensation under the Workmen's Compensation Law, v. C. & L. LUNCH COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE CO., LTD., Insurance Carrier, Appellants.— Motion denied.

EMANUEL D. OFFEN, Respondent, v. LEVY DAIRY COMPANY (a Corporation), Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BASS, RATCLIFF & GRETTON, LIMITED, Relator, v. STATE TAX COMMISSION, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements.